UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
MAY 14, 2019 SESSION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:19-00132
     18 U.S.C. § 2251(a)
     18 U.S.C. § 2251(e)
CONNER RAY BLEVINS   18 U.S.C. § 2423(b)

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE
### (Travel to Engage in Illicit Sexual Conduct)

On or about October 5, 2018, defendant CONNER RAY BLEVINS did travel in interstate commerce, that is, from at or near Vinton, Virginia, to at or near Mason County and Putnam County, West Virginia, within the Southern District of West Virginia, for the purpose of engaging in any illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person.

In violation of Title 18, United States Code, Section 2423(b).

## COUNT TWO
### (Production of Child Pornography)

On or about October 6, 2018, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia, defendant CONNER RAY BLEVINS did employ, use, persuade, induce, entice, and coerce a minor, Minor Female 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was made using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

**FORFEITURE**

In accordance with 18 U.S.C. §§ 2253(a) and 2428 and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant CONNER RAY BLEVINS of a violation of 18 U.S.C. §§ 2251 et seq. and 2421 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment, including, but not limited to:

1) One (1) Black/Grey Samsung Galaxy J7, Model: SM-J727U, IMEI: 357162085756564; and

2) One (1) Black ZTE Maven 3, Model: Z835, IMEI: 864237037500470.

MICHAEL B. STUART
United States Attorney

By: *Jennifer Rada Herrald* (signature)
JENNIFER RADA HERRALD
Assistant United States Attorney